1983 Form

# In the United States District Court
# For the Northern District of Alabama

RECEIVED
2007 AUG 29  A 10: 30

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MR REGINALD A. OWENS #227301
_____
_____
_____

2:07-CV-777-MEF

(Enter above the full name(s) of the plaintiff(s) in this action)

v

WARDEN KENNETH JONES
OFFICER GREGORY KING
OFFICER BOLLINGS
OFFICER JACKSON

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (X)   No ( )

   B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

         Plaintiff(s): MR. REGINALD A. OWENS

         Defendant(s): Kenneth Jones; Capt. Jimmy Richburgh; OFFICER GREGORY KING; OFFICER Jackson; Commissioner Richard Allen; OFFICER BOLLINGS

      2. Court (if Federal Court, name the district; if State Court, name the county)

         NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

      3. Docket Number  2:07-CV-00289-SLB-HGD

      4. Name of judge to whom case was assigned  SHARON LOVELACE BLACKBURN

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? **DISMISSED, NOT APPEALED, NOT PENDING**

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition **JUNE 28TH 2007**

II. Place of present confinement **William E. Donaldson Correctional Facility**

   A. Is there a prisoner grievance procedure in this institution?
Yes ( )   No (X)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )   No (X)

   C. If your answer is YES:

      1. What steps did you take? _____

      2. What was the result? _____

   D. If your answer is NO, explain why not? **N/A**

III. Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) **MR REGINALD A. OWENS**

   Address **100 WARRIOR LANE - BESSMER, Alabama 35023**

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant  GREGORY KING

is employed as CORRECTION OFFICER I

at Donaldson Correctional Facility

C. Additional Defendants CORRECTION OFFICER BOLLINGS
CORRECTION OFFICER JACKSON

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

Plaintiff was housed in Segregation on August 23, 2006. On the day in question myself and other inmates were on our hour exercise period in the east gym. Defendants fail to protect the Plaintiff when they fail to search inmate "Dwayne Russell" before allowing him to enter the "EAST GYM." While in the gym the Plaintiff and "Russell" got into a loud verbal altercation, of which "Russell" stated several times, "Nigger I'LL KiLL you!" Defendants fail to protect the plaintiff when they "ALLOWED" the argument to continue; instead of stopping both inmates like they should have. The plaintiff received a serious stab womb- under his sternum- an inch from his heart. Plaintiff was taken to Carraway Hospital in society for treatment. Defendants fail to protect in two ways.... (1.) when they fail to Conduct a Search on inmate "Dwayne Russell" as described in the institutional Regulation,,, and,,, (2.) When they allowed the argument to continue, instead

-3-

of stopping it. Voices were raised, tempers flaring. Had officers stopped the argument, the Plaintiff wouldn't have gotten stabbed while hand cuffed (behind back). Plaintiff later found out "Dwayne Russell" was known for stabbing inmates. Was presently housed in segregation for stabbing another inmate.

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Awarded Psychological Counseling. Awarded "punitive damage" from each defendant in their individual and official capacities for the amount of $30,000⁰⁰. Awarded "compensatory damage" from each defendant in their individual and official capacities for the amount of $150,000⁰⁰.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08·20·07
              (date)

Mr. Reginald A. Owens #227301

                                    Signature(s)

REGINALD OWENS
#227301; R4
100 WARRIOR LANE
BESSEMER, Alabama
35023

LEGAL MAIL

Office OF THE CLERK,
U.S. District Court
Post Office Box 711
Montgomery, Alabama
36101-0711