# In the United States District Court
# For the Northern District of Alabama

RECEIVED

2:07-CV-777-MEF

2007 AUG 29 A 10: 30

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, ___MR. REGINALD A. OWENS #227301___

declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?    Yes ( )    No (X)

    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

    _____

    _____

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

    _____

    _____

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession or form of self-employment?    Yes ( )    No (X)
    b. Rent payments, interest or dividends?    Yes ( )    No (y)
    c. Pensions, annuities or life insurance payments?    Yes ( )    No (y)
    d. Gifts or inheritancess?    Yes ( )    No (X)
    e. Any other sources?    Yes ( )    No (X)

    If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. _____

    _____

    _____

    _____

3. Do you own cash, or do you have money in a checking or savings account?

    Yes ( )    No (X)    (Include any funds in prison accounts.)

    If the answer is "Yes," state the total value of the items owned.

    _____

    _____

    _____

    _____

4.   Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ( )     No ( X )

If the answer is "yes," describe the poroperty and state its approximate value.

_____

_____

_____

_____

5.   List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

_____

_____

_____

_____

_____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on *AUGUST 20TH 2007*
(date)

*Mr. Reginald A. Owens #227301*
Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ _18.71_ on account to his credit at the _WM E Donaldson_ institution where he is confined on this _20 August 2007_
(date)

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.)

1.   $ _____ on the 1st day of _____
2.   $ _____ on the 1st day of _____
3.   $ _____ on the 1st day of _____
4.   $ _____ on the 1st day of _____
5.   $ _____ on the 1st day of _____
6.   $ _____ on the 1st day of _____

COPY FOR COURT
ATTACHED

*Ebony Coleman, Account Clerk*
Authorized Officer of Institution

My Commission Expires _5/31/2008_

*Patricia H. Parson*
*notary*

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
W.E. DONALDSON CORR. FACILITY

AIS #: 227301      NAME: OWENS, REGINALD                AS OF: 08/20/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| AUG   | 11        | $1.48             | $0.00            |
| SEP   | 30        | $1.48             | $0.00            |
| OCT   | 31        | $5.09             | $8.00            |
| NOV   | 30        | $8.80             | $8.00            |
| DEC   | 31        | $4.93             | $12.00           |
| JAN   | 31        | $1.53             | $0.00            |
| FEB   | 28        | $1.91             | $16.00           |
| MAR   | 31        | $6.08             | $0.00            |
| APR   | 30        | $45.50            | $136.00          |
| MAY   | 31        | $30.53            | $0.00            |
| JUN   | 30        | $1.09             | $0.00            |
| JUL   | 31        | $0.50             | $0.00            |
| AUG   | 20        | $12.63            | $48.00           |

COURT COPY



REGINALD OWENS
#227301; R4
100 WARRIOR LANE
BESSEMER, Alabama
35023

LEGAL MAIL

Office Of THE CLERK,
U.S. District Court
Post Office Box 711
Montgomery, Alabama
36101-0711